UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN F. LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:03 CV 00850 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| THE RICHMAN GROUP OF CONNECTICUT, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| JOHN F. LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:04 CV 00166 (JBA) |
| | ) | |
| v. | ) | |
| | ) | |
| THE RICHMAN GROUP CAPITAL CORPORATION *et al.*, | ) ) | |
| | ) | SEPTEMBER 24, 2004 |
| Defendant. | ) | |

**LOCAL RULE 37(a)(2) AFFIDAVIT CONCERNING ATTEMPTED RESOLUTION OF
DISPUTE REGARDING SUBPOENA TO
NON-PARTY MERRILL LYNCH COMMUNITY DEVELOPMENT COMPANY**

The undersigned, being duly sworn, deposes and says that:

    1.    I am counsel for non-party Merrill Lynch Community Development Company ("**Merrill Lynch**").

    2.    I make this affidavit in connection with Merrill Lynch's Motion for Clarification

and/or reconsideration of The Court's Rulings On Multiple Discovery Motions Dated September 14, 2004 and September 22, 2004 (the "**Motion**"), filed concurrently herewith.

3. As further explained in the Motion, Merrill Lynch seeks clarification of this Court's Orders.[1]

4. Because Merrill Lynch had only ten days, pursuant to Local Rule 7(c), to file its Motion with regard to the Court's September 14, 2004 Order, it has filed the Motion, although counsel for Merrill Lynch and Plaintiff have made, and continue to make, bona fide attempts to resolve the differences between Plaintiff and Merrill Lynch concerning the Remaining Objections.

5. In the event the Court is notified that Merrill Lynch and the Plaintiff are unable to resolve one or both of the Remaining Objections, Merrill Lynch requests, as further explained in the Motion, that the Court clarify its Orders to address the Remaining Objections.

---

[1] Capitalized terms not defined herein shall have the same meaning as those ascribed to them in the Motion.

CTDOCS/ 1604120.1

6. I make this affidavit pursuant to Rule 37(a)(2) of the Local Civil Rules of the District of Connecticut to certify that I have in good faith conferred with Plaintiff's counsel in an effort to resolve this matter without court intervention.

/s/ Tanya Tymchenko
Tanya Tymchenko

SWORN TO AND SUBSCRIBED before me
this 24th day of September, 2004.

/s/ Kathleen Anderson
Notary Public
My commission expires: March 31, 2008

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent prepaid on this 24th day of September, 2004 to the following counsel of record and in the manner listed below :

Brian P. Daniels
*Brenner, Saltzman & Wallman LLP*
271 Whitney Avenue
New Haven, CT 06511
**Attorney for Plaintiff**
**Via First Class U.S. Mail**

Ruth Ann Azeredo
12710 Bermuda Lane
Bowie, MD 20715
**Attorney for Plaintiff**
**Via U.S. First Class Mail**

Richard Slavin
David A. Ball
Stuart M. Katz
*Cohen & Wolf PC*
1115 Broad Street
P.O. Box 1821
Bridgeport, CT 06601
**Attorneys for Defendants**
**Via U.S. First Class Mail**

Robert W. Turken
*Bitzin Sumberg Dunn Baena Price & Axelrod*
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
**Attorney for Defendants**
**Via U.S. First Class Mail**

                /s/ Tanya Tymchenko
                Tanya Tymchenko

CTDOCS/ 1604120.1