UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John F. Lawrence<br>    *Plaintiff*,<br><br>    *v.*<br><br>The Richman Group of Connecticut, LLC, et al.,<br>    *Defendants.* | Civil No. 3:03cv850(JBA) |
| John F. Lawrence<br>    *Plaintiff*,<br><br>    *v.*<br><br>Wilder Richman Securities Corp.,<br>    *Defendant.* | Civil No. 3:04cv538(JBA)<br><br><br><br>October 23, 2009 |

ORDER GRANTING
MOTION TO AMEND AND CLARIFY JUDGMENT

On September 4, 2009, the Court entered an order, imposing sanctions totaling $189,634.19, without specifying how that amount was to be delineated between Civil Actions No. 3:04cv166 (JBA) (member case in 3:03cv850 (JBA)) (the "850 case") and No. 3:04cv538 (the "538 Case"). On September 9, 2009, Plaintiff John Lawrence and the Interested Parties (together "Plaintiffs") moved under Federal Rule of Civil Procedure 59(e) for an order amending judgment, to delineate the sanction amount between the 850 Case and the 538 Case and to reflect the analysis in Magistrate Judge Margolis's recommended award.

For good cause shown, Plaintiffs' motion is GRANTED. The judgment is

recalculated and delineated as follows: $113,667.50 in Civil Action No. 3:04cv166 (JBA) (member case in 3:03cv850 (JBA)) and $103,325.72 in Civil Action No. 3:04cv538 (JBA).

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 23rd day of October, 2009.